No. —, original. Ex parte in the matter of Franklin and Abbeville Railway Company. March 21, 1927. The motion for leave to file petition for a writ of mandamus and the motion for a temporary stay in this case are denied. *Messrs. Percy Saint, Michael M. Irwin, Francis Williams,* and *John E. Benton* for petitioner.

No. —, original. Ex parte in the matter of Lake Charles and Northern Railroad Company. March 21, 1927. The motion for leave to file petition for a writ of mandamus and the motion for a temporary stay in this case are denied. *Messrs. Percy Saint, Michael M. Irwin, Francis Williams,* and *John E. Benton* for petitioner.

No. 226. Thomas E. Williams, State Tax Commissioner, J. A. Cates, County Clerk, et al., *v.* Chicago and Northwestern Railway Company. Appeal from the District Court of the United States for the District of Nebraska. Argued March 11, 1927. Decided March 21, 1927. *Per Curiam.* Affirmed on the authority (1) of *Greene* v. *Louisville and Interurban Railroad Co.,* 244 U. S. 499, 516; *Sunday Lake Iron Co.* v. *Township of Wakefield,* 247 U. S. 350, 352; *Sioux City Bridge Co.* v. *Dakota County,* 260 U. S. 441, 445; and *Taylor* v. *Louisville and Nashville Railroad Co.,* 88 Fed. 350; and (2) of *Crawford* v. *Neal,* 144 U. S. 585, 596; *Furrer* v. *Ferris,* 145 U. S. 132, 134; and *Warren* v. *Keep,* 155 U. S. 265, 267. *Mr. O. S. Spillman,* with whom *Mr. Hugh LaMaster* was on the brief, for appellants. *Mr. Wymer Dressler,* with whom *Messrs. R. N. VanDoren* and *Samuel H. Cady* were on the brief, for appellee.